GOLDSMITH & HULL, P.C./File CDCS209
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OWEN H. ONEIL,<br><br>Defendant. | Case No. CV12-05449 DMG (MRWx)<br><br>ORDER RE DISMISSAL OF ACTION  [19] |

In accordance with the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  April 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE